**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Matthew Hesketh (AZ Bar No. 029319)
(MHesketh@ShermanHoward.com)
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ADVOCATES FOR INDIVIDUALS WITH DISABILITIES, LLC and DAVID RITZENTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>(Maricopa County Superior Court Case No. CV2016-006714) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant MidFirst Bank ("Defendant"), hereby removes the State Court Action defined below to this Court pursuant to 28 U.S.C. § 1441(a) based on federal question jurisdiction under 28 U.S.C. § 1331. Removal is based on the following:

Plaintiffs commenced a civil action on May 17, 2016 in Maricopa County Superior Court under Case No. CV2016-006714 and captioned as *Advocates for Individuals with Disabilities, LLC and David Ritzenthaler v. MidFirst Bank* (the "State Court Action"). Defendant was served with the Complaint in the State Court Action on May 18, 2016.

The Complaint in the State Court Action asserts one cause of action against Defendant for alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et. seq.* (the "ADA"), and its Arizona counterpart, A.R.S. § 41-1492 *et seq.* (the "AZDA").

Without admitting the truth of any allegation against Defendant, Plaintiffs allege that (i) David Ritzenthaler is a disabled person as that term is defined under the ADA and AZDA and (ii) Defendant operates an alleged public accommodation that allegedly has "barriers of access to disabled individuals by virtue of inadequacy of handicapped parking spaces, insufficient designation or signage and or insufficient disbursement of such parking spaces." (Complaint ¶¶ 4, 10, 26-32.) Plaintiffs also allege that Defendant has failed to identify parking spaces by the designation "van accessible" or failed to "maintain the minimum height of 60 inches (1525 mm) above the finish floor or ground surface measured to the bottom of the sign." (Complaint ¶ 10.)

The State Court Action is a civil action involving a federal question arising under the ADA. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and the State Court Action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

Venue is proper in the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1441(a) because the Maricopa County Superior Court is located within the United States District of Arizona.

Defendant consents to removal, and there are no other defendants in the State Court Action. This Notice of Removal is filed within thirty days of Defendant's initial receipt of Plaintiffs' Complaint. It therefore is filed within the time limits set forth in 28 U.S.C. § 1446(b).

A demand for jury trial was made in state court by Plaintiffs. Defendant hereby demands trial by jury on all issues in the case pursuant to Rule 38(b), Federal Rules of Civil Procedure.

Pursuant to 28 U.S.C. §1446(a) and L.R.Civ. 3.6(b), undersigned counsel hereby verifies that Exhibits 1 through 6 attached hereto are true and complete copies of all papers in Defendant's possession in connection with the State Court Action. Exhibit 1 is a copy of the Summons. Exhibit 2 is a copy of Plaintiffs' Verified Complaint. Exhibit 3 is a copy of the Certificate of Arbitration. Exhibit 4 is a copy of Plaintiff's Discovery Request No. 1. Exhibit 5 is a copy of the parties' Stipulation to Extend the

1  Deadline for Defendant to Answer or Otherwise Respond to Plaintiffs' Complaint.
2  Exhibit 6 is a copy of the Maricopa County Superior Court's Order Granting Stipulation
3  to Extend Deadline for Defendant to Answer or Otherwise Respond to Plaintiffs'
4  Complaint.

5    Counsel for Defendant hereby certifies pursuant to 28 U.S.C. § 1446(a) that this
6  Notice of Removal filed on behalf of Defendant is signed pursuant to Rule 11 of the
7  Federal Rules of Civil Procedure.

8    Counsel for Defendant hereby certifies pursuant to L.R.Civ. 3.6(a) that a Notice
9  of Filing Notice of Removal, a true and correct copy of which is attached as Exhibit 7,
10 has been filed with the Clerk of the Maricopa County Superior Court on behalf of
11 Defendant.

12    Based on the foregoing, the State Court Action is properly removed to this Court.

13 RESPECTFULLY SUBMITTED this 17th day of June, 2016

**SHERMAN & HOWARD L.L.C.**

By:    */s/John Alan Doran*
       John Alan Doran
       Lori Wright Keffer
       Matthew A. Hesketh
       7033 East Greenway Parkway, Suite 250
       Scottsdale, Arizona 85254
       *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

ORIGINAL electronically filed
this 17th day of June 2016:

COPY of the foregoing e-mailed and mailed
this 17th day of June 2016 to:

Peter Strojnik
Fabian Zazueta
40 North Central Ave., Suite 1400
Phoenix, Arizona 85004
*Attorneys for Plaintiffs*

    /s/Lori Hinkel