# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | Advocates for Individuals with Disabilities, LLC ; David Ritzenthaler | **Defendant(s):** | MidFirst Bank |

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Peter Strojnik** ( Advocates for Individuals with Disabilities, LLC **)**
40 North Central Ave., Ste. 1400
Phoenix, Arizona  85004
774-768-2234

Defendant's Atty(s):

**John Alan Doran** ( MidFirst Bank **)**
Sherman & Howard
7033 E. Greenway Pkwy., Ste. 250
Scottsdale, Arizona  85254
602-240-3032

**Matthew Hesketh** ( MidFirst Bank **)**
Sherman & Howard
7033 E. Greenway Pkwy, Ste. 250
Scottsdale, Arizona  85254
602-240-3000

**Lori Wright Keffer** ( MidFirst Bank **)**
Sherman & Howard
7033 E. Greenway Pkwy, Ste. 250
Scottsdale, Arizona  85254
602-240-3068

**REMOVAL FROM MARICOPA COUNTY, CASE #cv2016-006714**

II. Basis of Jurisdiction:        3. Federal Question (U.S. not a party)

III. Citizenship of Principal

<u>Parties</u> **(Diversity Cases Only)**
       Plaintiff:- **N/A**
      Defendant:- **N/A**

<u>IV. Origin</u> :      **2. Removed From State Court**

<u>V. Nature of Suit:</u>    **446 Amer. w/Disabilities - Other**

<u>VI.Cause of Action:</u>   **Plaintiffs allege that Defendant has violated the Americans with Disabilities Act, 42 USC Section 12102(2), et seq.**

<u>VII. Requested in Complaint</u>
    Class Action: **No**
    Dollar Demand: **Yes**
    Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>/s/John Alan Doran</u>

  **Date:** <u>6-17-16</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**