**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)

John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Matthew Hesketh (AZ Bar No. 029319)
(MHesketh@ShermanHoward.com)
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ADVOCATES FOR INDIVIDUALS WITH DISABILITIES, LLC and DAVID RITZENTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK,<br><br>Defendant. | Case No. CV-16-01969-PHX-NVW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(Assigned to Hon. Neil V. Wake) |

Defendant MidFirst Bank ("Defendant") and Plaintiffs Advocates for Individuals with Disabilities, LLC and David Ritzenthaler (collectively, "Plaintiffs") hereby stipulate that Defendant may have an extension through and including July 8, 2016 to file an answer or otherwise respond to Plaintiffs' complaint. The parties request this extension in order to facilitate settlement discussions between them. A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED this 22 day of June, 2016

**SHERMAN & HOWARD L.L.C.**

By:   */s/John Alan Doran*
John Alan Doran
Lori Wright Keffer
Matthew A. Hesketh
7033 East Greenway Parkway, Suite 250
Scottsdale, Arizona 85254
*Attorneys for Defendant*

Active/43173824.1

**STROJNIK P.C.**

By: */s/Peter Strojnik (with permission)*
Peter Strojnik (AZ Bar. No. 006464)
1 East Washington Street, Suite 500
Phoenix, AZ 85004
*Attorneys for Plaintiffs*

**FABIAN ZAZUETA**

By: */s/Fabian Zazueta (with permission)*
Fabian Zazueta (AZ Bar. No. 032687)
40 North Central Ave., Suite 1400
Phoenix, AZ 85004
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

ORIGINAL electronically filed
this 22nd day of June 2016:

with a copy transmitted through the ECF system
this 22nd day of June 2016 to:

Peter Strojnik
STROJNIK P.C.
1 East Washington Street, Suite 500
Phoenix, AZ 85004
*Attorneys for Plaintiffs*

Fabian Zazueta
40 North Central Ave., Suite 1400
Phoenix, AZ 85004
*Attorney for Plaintiffs*

  /s/Lori Hinkel