**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)

John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Matthew Hesketh (AZ Bar No. 029319)
(MHesketh@ShermanHoward.com)
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ADVOCATES FOR INDIVIDUALS WITH DISABILITIES, LLC and DAVID RITZENTHALER,<br><br>Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK,<br><br>Defendant. | Case No. CV-16-01969-PHX-NVW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(Assigned to Hon. Neil V. Wake) |

Pursuant to the stipulation of Defendant MidFirst Bank ("Defendant") and Plaintiffs Advocates for Individuals with Disabilities, LLC and David Ritzenthaler (collectively, "Plaintiffs"), and good cause appearing:

IT IS HEREBY ORDERED granting the stipulation and extending the deadline for Defendant to file an answer or otherwise respond to Plaintiffs' complaint through and including July 8, 2016.

SO ORDERED this _____ day of June, 2016.

_____
Honorable Neil V. Wake
United States District Court, District of Arizona

Active/43173925.1