LAW OFFICES
**SHERMAN & HOWARD L.L.C.**
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Matthew Hesketh (AZ Bar No. 029319)
(MHesketh@ShermanHoward.com)
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates For Individuals With Disabilities, LLC and David Ritzenthaler, <br><br> Plaintiffs, <br><br> v. <br><br> MidFirst Bank, <br><br> Defendant. | Case No. CV-16-01969-PHX-NVW <br><br> **NOTICE OF LODGING REVISED PROPOSED FORM OF ORDER** <br><br> (Assigned to Hon. Neil V. Wake) |

Defendant MidFirst Bank ("Defendant") hereby gives notice of lodging a revised proposed form of order as instructed by the Court.

RESPECTFULLY SUBMITTED this 23rd day of June, 2016

**SHERMAN & HOWARD L.L.C.**

By:     */s/John Alan Doran*
John Alan Doran
Lori Wright Keffer
Matthew A. Hesketh
7033 East Greenway Parkway, Suite 250
Scottsdale, Arizona 85254
*Attorneys for Defendant*

Active/43177702.1

## **CERTIFICATE OF SERVICE**

ORIGINAL electronically filed
this 23rd day of June 2016:


with a copy transmitted through the ECF system
this 23rd day of June 2016 to:


Peter Strojnik
STROJNIK P.C.
1 East Washington Street, Suite 500
Phoenix, AZ 85004
*Attorneys for Plaintiffs*


Fabian Zazueta
40 North Central Ave., Suite 1400
Phoenix, AZ 85004
*Attorney for Plaintiffs*


    */s/Lori Hinkel*