# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates For Individuals With Disabilities, LLC and David Ritzenthaler,<br><br>Plaintiffs,<br><br>v.<br><br>MidFirst Bank,<br><br>Defendant. | Case No. CV-16-01969-PHX-NVW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(Assigned to Hon. Neil V. Wake) |

Pursuant to the stipulation of Defendant MidFirst Bank ("Defendant") and Plaintiffs Advocates for Individuals with Disabilities, LLC and David Ritzenthaler (collectively, "Plaintiffs"), and good cause appearing:

IT IS HEREBY ORDERED granting the stipulation and extending the deadline for Defendant to file an answer or otherwise respond to Plaintiffs' complaint through and including July 8, 2016.