LAW OFFICES
SHERMAN & HOWARD L.L.C.
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Matthew Hesketh (AZ Bar No. 029319)
(MHesketh@ShermanHoward.com)
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Advocates For Individuals With Disabilities, LLC and David Ritzenthaler,

Plaintiffs,

v.

MidFirst Bank,

Defendant.

Case No. CV-16-01969-PHX-NVW

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT (SECOND REQUEST)**

(Assigned to Hon. Neil V. Wake)

Defendant MidFirst Bank ("Defendant") and Plaintiffs Advocates for Individuals with Disabilities, LLC and David Ritzenthaler (collectively, "Plaintiffs") hereby stipulate that Defendant may have an extension through and including July 22, 2016 to file an answer or otherwise respond to Plaintiffs' complaint. Pursuant to LRCiv 7.3(a), the parties disclose that they previously filed a stipulation for an extension on June 22, 2016 (Doc. 6), which the Court granted in an Order filed on June 23, 2016 (Doc. 9).

The parties request this second extension so that they can continue to work on settlement discussions. A proposed form of order is submitted herewith.

///

///

///

///

///

///

RESPECTFULLY SUBMITTED this 8th day of July, 2016

**SHERMAN & HOWARD L.L.C.**

By: *_/s/John Alan Doran_*
John Alan Doran
Lori Wright Keffer
Matthew A. Hesketh
7033 East Greenway Parkway, Suite 250
Scottsdale, Arizona 85254
*Attorneys for Defendant*

**FABIAN ZAZUETA**

By: *_/s/Fabian Zazueta (with permission)_*
Fabian Zazueta (AZ Bar. No. 032687)
40 North Central Ave., Suite 1400
Phoenix, AZ 85004
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

ORIGINAL electronically filed
this 8th day of July 2016:

with a copy transmitted through the ECF system
this 8th day of July 2016 to:

Peter Strojnik
STROJNIK P.C.
1 East Washington Street, Suite 500
Phoenix, AZ 85004
*Attorneys for Plaintiffs*

Fabian Zazueta
40 North Central Ave., Suite 1400
Phoenix, AZ 85004
*Attorney for Plaintiffs*

/s/ Marla McGhee