# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates For Individuals With Disabilities, LLC and David Ritzenthaler,<br><br>Plaintiffs,<br><br>v.<br><br>MidFirst Bank,<br><br>Defendant. | Case No. CV-16-01969-PHX-NVW<br><br>**[PROPOSED] ORDER**<br><br>(Assigned to Hon. Neil V. Wake) |

Pursuant to the parties' Stipulation to Extend Deadline for Defendant to Answer or Otherwise Respond to Plaintiffs' Complaint (Second Request) filed on July 8, 2016, and good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation.

IT IS FURTHER ORDERED extending the deadline for Defendant to file an answer or otherwise respond to Plaintiffs' complaint through and including July 22, 2016.

Active/43240602.1