1

2

3

4

5

6

**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Matthew Hesketh (AZ Bar No. 029319)
(MHesketh@ShermanHoward.com)
*Attorneys for Defendant*

7

8

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

9

10

11

12

13

14

| | |
|---|---|
| Advocates For Individuals With Disabilities, LLC and David Ritzenthaler, | Case No. CV-16-01969-PHX-NVW |
| Plaintiffs, | **NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES** |
| v. | |
| MidFirst Bank, | (Assigned to Hon. Neil V. Wake) |
| Defendant. | |

15

16

17

Defendant MidFirst Bank ("Defendant") hereby gives notice that the parties have reached a settlement and are in the process of preparing a written settlement agreement that Defendant anticipates will resolve all disputed claims and defenses in this matter.

18

19

In light of the foregoing, Defendant requests that the Court vacate all hearings and stay all deadlines in this case pending completion of the settlement process.

20

RESPECTFULLY SUBMITTED this 6th day of September, 2016

21

22

**SHERMAN & HOWARD L.L.C.**

23

24

25

26

By:     */s/John Alan Doran*
John Alan Doran
Lori Wright Keffer
Matthew A. Hesketh
7033 East Greenway Parkway, Suite 250
Scottsdale, Arizona 85254
*Attorneys for Defendant*

27

28

1

## **CERTIFICATE OF SERVICE**

2

3

ORIGINAL electronically filed
this 6th day of September 2016:

4

5

with a copy transmitted through the ECF system
this 6th day of September 2016 to:

6

7

Peter Strojnik
STROJNIK P.C.
1 East Washington Street, Suite 500
Phoenix, AZ 85004
*Attorneys for Plaintiffs*

8

9

10

Fabian Zazueta
40 North Central Ave., Suite 1400
Phoenix, AZ 85004
*Attorney for Plaintiffs*

11

12

13

   */s/* Lori Hinkel

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28