# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates For Individuals With Disabilities, LLC and David Ritzenthaler,<br><br>Plaintiffs,<br><br>v.<br><br>MidFirst Bank,<br><br>Defendant. | Case No. CV-16-01969-PHX-NVW<br><br>**[PROPOSED] ORDER**<br><br>(Assigned to Hon. Neil V. Wake) |

Pursuant to Defendant MidFirst Bank's Notice of Settlement and Request to Stay all Deadlines filed on September 6, 2016, and good cause appearing,

IT IS HEREBY ORDERED vacating all hearings and staying all deadlines in this case pending completion of the settlement process.

Active/43632918.2