IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler,<br><br>Plaintiffs,<br><br>v.<br><br>MidFirst Bank,<br><br>Defendant. | No. CV-16-01969-PHX-NVW<br><br>**ORDER** |

The Court is in receipt of Defendant's Notice of Settlement and Request to Stay All Deadlines (Doc. 19).

IT IS HEREBY ORDERED denying the request to stay all deadlines.

IT IS FURTHER ORDERED resetting the Rule 16 Scheduling Conference from September 13, 2016 at 2:30 p.m. to November 16, 2016 at 1:30 p.m.

IT IS FURTHER ORDERED affirming all deadlines contained within the Court's Order Setting Rule 16 Scheduling Conference (Doc. 15) except for the date and time of said conference.

Dated this 8th day of September, 2016.

Neil V. Wake
Senior United States District Judge