# Audit

| Question | Response | Details |
|---|---|---|
| Is This Location Compliant? | No | |
| | | |
| V1 Are accessible spaces identified with a sign that includes the International Symbol of Accessibility? | Yes | |
| V1B Is the bottom of the sign at least 60 inches above the ground? | No | |
| | | |
| V2 Are there signs reading "Van Accessible" at van accessible spaces? | No | |
| Additional Notes: (Optional) | | |
| Additional Pictures: (Optional) | | |



Conway ADA Parking Lot Inspection

2



Conway ADA Parking Lot Inspection

3



Conway ADA Parking Lot Inspection



Conway ADA Parking Lot Inspection

5



Conway ADA Parking Lot Inspection

**6**

http://mcassessor.maricopa.gov/?s=30282735

# 302-82-735

**MIDFIRST BANK**

**Parcel Type: Commercial**

**760 W RAY RD GILBERT 85233**

## Property Information

| | |
|---|---|
| MCR #: | 44531 |
| Address: | 760 W RAY RD GILBERT 85233 |
| Latitude/Longitude: | 33.32089765 | -111.80620057 |
| Description: | COUNTRY ESTATES COMMERCIAL MCR 445-31 |
| Lot Size (Sq Ft): | 53,879 |
| Zoning: | CC |
| Section, Township, Range: | 24 1S 5E |
| Associated Parcel(s): | 302-82-735, 302-82-736 |
| Market Area/Neighborhood: | 01/033 |
| Subdivision: | COUNTRY ESTATES COMMERCIAL |
| Lot #: | 5 |
| High School District: | GILBERT UNIFIED #41 |
| Elementary School District: | GILBERT UNIFIED SCHOOL DISTRICT |
| Local Jurisdiction: | GILBERT |
| Owner: | MIDFIRST BANK |
| Mailing Address: | 14901 QUORUM DR SUITE 740, DALLAS, TX 75254 |
| Deed #: | 070272659 |
| Deed Date: | March 06, 2007 |
| Sale Date: | None |
| Sale Price: | $0 |

## Valuation Data

| Tax Year: | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| Full Cash Value: | $1,628,500 | $1,451,400 | $1,279,500 | $1,144,500 | $1,232,251 |
| Limited Property Value: | $1,324,902 | $1,261,811 | $1,201,725 | $1,144,500 | $1,232,251 |
| Legal Class: | 1 | 1 | 1 | 1 | 1 |
| Description: | COMMERCIAL / OTHER R/P | COMMERCIAL / OTHER R/P | COMMERCIAL / OTHER R/P | COMMERCIAL / OTHER R/P | COMMERCIAL / OTHER R/P |
| Assessment Ratio: | 18% | 18% | 18.5% | 19% | 19.5% |
| Assessed FCV: | $0 | $0 | $0 | $217,455 | $240,289 |
| Assessed LPV: | $238,482 | $227,126 | $222,319 | $217,455 | $240,289 |
| Property Use Code: | 1610 | 1610 | 1610 | 1610 | 1610 |
| PU Description: | Bank | Bank | Bank | Bank | Bank |
| Tax Area Code: | 410600 | 410600 | 410600 | 410600 | 410600 |

## Commercial Characteristics/Improvements

| Description | Number | Model | Quality Rank | Age | Sq Footage |
|---|---|---|---|---|---|
| Bank, Branch | | 304 | 3 | 8 | 5,345 |
| Commercial Yard Improvements | | 353 | 2 | 7 | 1 |

Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.

1 of 2                                                                                                   3/7/2016 9:52 AM

Conway ADA Parking Lot Inspection

7

₂₀Document

FIRST AMERICAN TITLE

23
Pa

When Recorded, Return To:
MidFirst Bank
2930 East Camelback Road
Suite 200
Phoenix, Arizona 85016
Attention: Cocy S. Finke, Legal Dept.
NCS-238440

## SPECIAL WARRANTY DEED

For consideration of Ten Dollars ($10.00) and other valuable consideration, Balbir Limited Partnership, an Arizona limited partnership ("Grantor"), conveys to MidFirst Bank, a federally chartered savings association ("Grantee"), the following real property situated in Maricopa County, Arizona, together with all appurtenant rights and privileges (collectively, the "Property"):

See Exhibit "A" attached and incorporated by this reference.

Subject to those matters described on Exhibit "B." Grantor binds itself and its successors to warrant and defend the title to the Property solely against all acts of Grantor and of no other.

Dated as of ___3 - 6___, 2007.

"Grantor"

THE BALBIR LIMITED PARTNERSHIP,
NUMBER ONE, L.L.P., an Arizona limited
liability partnership

By: _____
Its: _____

Conway ADA Parking Lot Inspection

**8**