IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler,<br><br>Plaintiffs,<br><br>v.<br><br>MidFirst Bank,<br><br>Defendant. | No. CV-16-01969-PHX-NVW<br><br>**ORDER** |

In their Response (Doc. 22) to the Order to Show Cause (Doc. 20), Plaintiffs state their interest in filing an amended complaint, but they do not state what more an amended complaint would allege that might give them standing. Plaintiffs will therefore be ordered to lodge a proposed amended complaint, failing which the Court will dispose of the Order to Show Cause on the existing Complaint. Plaintiffs will be given no further leave to amend, so the proposed amended complaint must allege everything they can to show standing. They may also file a further memorandum addressing why and how a proposed amended complaint cures the deficiencies of standing noted in the Order to Show Cause.

IT IS THEREFORE ORDERED that, if Plaintiffs wish to amend their Complaint, they must lodge a proposed amended complaint by October 17, 2016. If such an amended

/ / /

/ / /

complaint is lodged, the Court will determine standing based on the proposed amended complaint. No further leave to amend will be allowed.

Dated this 3rd day of October, 2016.

Neil V. Wake
Senior United States District Judge