# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities LLC, et al., <br><br> Plaintiff, <br><br> v. <br><br> MidFirst Bank, <br><br> Defendant. | Case No. CV-16-01969-PHX-NVW <br><br> (Removed from the Superior Court of Arizona, County of Maricopa, No. CV2016-006714) <br><br> **ORDER** |

IT IS HEREBY ORDERED Plaintiff's Motion for Remand is hereby granted and this matter is remanded to the Superior Court of Arizona, County of Maricopa.

_____   _____
Date                                                      Judge Neil V Wake
                                                                   United States District Court Judge