Mark I. Harrison, Bar No. 001266
Geoffrey M.T. Sturr, Bar No. 014063
Josh Bendor, Bar No. 031908
Osborn Maledon, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, AZ  85012-2793
mharrison@omlaw.com
gsturr@omlaw.com
jbendor@omlaw.com
(602) 640-9000

Attorneys for Peter Strojnik and Fabian Zazueta

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MidFirst Bank,<br><br>                    Defendant. | CV-16-01969-PHX-NVW<br><br>**NOTICE OF APPEARANCE AND MOTION TO CONTINUE ORDER TO SHOW CAUSE HEARING** |

Pursuant to LR Civ. 83.3, Osborn Maledon, P.A., by and through Mark Harrison, Geoffrey Sturr, and Josh Bendor, hereby give notice that they have been retained to represent Peter Strojnik and Fabian Zazueta, counsel for Plaintiffs in this action, in connection with the Court's Order to Show Cause (Doc. 26), and appear in this action for that limited purpose.

Messrs. Strojnik and Zazueta hereby move the Court to continue the scheduled November 28, 2016 OSC hearing and reset it for a date on or after December 7, 2016, and to also reset the related deadline for the submission of a memorandum of law.  A brief continuance is requested because: (1) as set forth in an accompanying declaration, Mr. Strojnik has long-standing travel plans to be out of state on November 28; (2) with the Thanksgiving holiday, Messrs. Strojnik and Zazueta believe they will need some

additional time to review available records and consult with counsel so that they will be in a position to answer fully Questions 2 and 3 the Court has posed for the OSC hearing; and (3) undersigned counsel would appreciate having additional time to assist Messrs. Strojnik and Zazueta in submitting a memorandum of law and prepare for the OSC hearing.  The request that the hearing be rescheduled for a date on or after December 7 is made because of commitments Mr. Strojnik and undersigned counsel have before that date.

Undersigned counsel has personally conferred with counsel for defendant MidFirst Bank, which does not object to the requested continuance.

A proposed form of Order accompanies this motion.

RESPECTFULLY SUBMITTED this 21st day of November, 2016.

OSBORN MALEDON, P.A.

By: s/ Geoffrey M.T. Sturr
Mark I. Harrison
Geoffrey M.T. Sturr
Josh Bendor
2929 N. Central Avenue, Suite 2100
Phoenix, AZ 85012-2793

Attorneys for Peter Strojnik and
Fabian Zazueta

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John A. Doran, Esq.
201 E. Washington St., Suite 800
Phoenix, AZ  85004
jdoran@shermanhoward.com

Counsel for Defendant

                                                    s/ Debra Huss