Mark I. Harrison, Bar No. 001266
Geoffrey M.T. Sturr, Bar No. 014063
Josh Bendor, Bar No. 031908
Osborn Maledon, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, AZ  85012-2793
mharrison@omlaw.com
gsturr@omlaw.com
jbendor@omlaw.com
(602) 640-9000

Attorneys for Peter Strojnik and Fabian Zazueta

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler,<br><br>             Plaintiffs,<br><br>vs.<br><br>MidFirst Bank,<br><br>             Defendant. | CV-16-01969-PHX-NVW<br><br>**DECLARATION OF PETER STROJNIK IN SUPPORT OF MOTION TO CONTINUE ORDER TO SHOW CAUSE HEARING** |

I, Peter Strojnik, declare:

1.     I am one of the attorneys representing the plaintiffs in this action.

2.     I have received the Court's Order (Doc. 26), requiring me to appear in person on November 28, 2016 to answer the questions posed in the Order.

3.     I could not attend the scheduled November 28 hearing without substantial personal hardship because my family and I have long-standing plans to travel to Hawaii, leaving on Wednesday, November 23, 2016, and returning to Phoenix on Wednesday, November 30, 2016.  Our plane tickets have been paid and could not be cancelled without a penalty.

4.     Because of these travel plans, I respectfully request that the Court continue the scheduled November 28 hearing.

5. A continuance will also allow sufficient time for me to obtain information so that I may answer fully the questions posed by the Court in its Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2016 in Phoenix, Arizona.

                                s/ Peter Strojnik
                                Peter Strojnik