IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler,<br><br>  Plaintiffs,<br><br>vs.<br><br>MidFirst Bank,<br><br>  Defendant. | CV-16-01969-PHX-NVW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE ORDER TO SHOW CAUSE HEARING** |

 Peter Strojnik and Fabian Zazueta, having moved to continue the Order to Show Cause hearing, currently scheduled for November 28, 2016 at 9:30 a.m., and good cause showing

 IT IS HEREBY ORDERED that the hearing shall occur on _____ _____, and that a legal memorandum shall be filed on or before _____.