IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler,<br><br>Plaintiffs,<br><br>v.<br><br>MidFirst Bank,<br><br>Defendant. | No. CV-16-01969-PHX-NVW<br><br>**ORDER** |

Peter Strojnik and Fabian Zazueta, having moved to continue the Order to Show Cause hearing, currently scheduled for November 28, 2016 (Doc. 27), and good cause appearing,

IT IS HEREBY ORDERED granting Plaintiffs' Motion to Continue the Order to Show Cause hearing (Doc. 27).

IT IS FURTHER ORDERED resetting the Order to Show Cause hearing from November 28, 2016 at 9:30 a.m. to December 12, 2016 at 1:00 p.m.

/ / /

/ / /

/ / /

1    IT IS FURTHER ORDERED that Plaintiffs file by 5:00 p.m. on December 7, 2016, a memorandum of law addressing those issues set forth in the Court's November 16, 2016 Order (Doc. 26).

Dated this 22nd day of November, 2016.

*/s/ Neil V. Wake*
Neil V. Wake
Senior United States District Judge