

## Courtesy Notice of AID.org's Upcoming ADA Equal Access Inspections
## to Ensure Public Accommodation Compliance Across the Country

Advocates for Individuals with Disabilities, also known as AID.org, as dedicated civil rights champions are currently inspecting parking facilities across the country in an effort to bring about a rapid and wide spread wave of ADA compliance. AID.org is initially limiting inspections to public accommodations as defined in Title 42 of the United States Code. AID.org's goal is to ensure that all individuals with disabilities are provided with equal and non-discriminatory access to public accommodations as required by law.

AID.org is inspecting parking facilities in the area that you own one or more properties and it may well be that your public accommodation's parking facility is not in full ADA compliance. If and when AID.org inspects your public accommodation's parking facility and finds ADA compliance violations, you could become subject to a costly ADA enforcement action.

Many people seem to be unaware that their parking facilities are not in compliance and become upset when an ADA enforcement action occurs. These people often complain that they did not have prior notice that their public accommodations may be in violation of ADA Requirements. **THIS IS YOUR ONE AND ONLY NOTICE FROM FROM AID.ORG.**

The Americans with Disabilities Act has now been in place for over a quarter of a century. These laws require that all public accommodations provide individuals with disabilities with equal, free and non-discriminatory access to their facilities. These places must provide proper, adequate and compliant parking spaces, signage, ramps, doorways and other necessities required by the ADA in order to eliminate and prevent any barrier for an individual with disabilities from entering their facility in order to not to be in violation of both State and Federal laws and regulations.

AID.org's initial inspection will simply be limited to three simple items pertaining to parking facilities requirements as outlined by the ADA excerpts shown on the back of this page, but may expand from there if violations are found. If your parking facility is found to be in violation of the ADA Requirements an enforcement action will very likely occur.

The three simple items which AID.org will be inspecting are items which you can easily and quickly check and correct if necessary in order to pass the upcoming AID.org inspection of your parking facility. AID.org highly recommends that you complete any necessary correction prior to the upcoming inspection of your parking facility in order avoid a potential and costly ADA enforcement action.

  1. Proximity: The closest parking spots to the accessible facility entrance of the public accommodation must be designated as accessible parking spaces with appropriate signage and parking width.

  2. Signage: Each ADA compliant accessible parking space must be properly marked with the international symbol of accessibility on a reflective sign with the bottom at a minimum of 60 inches from the ground or surface directly below.

  3. Designated Location: The appropriate number properly marked accessible parking spaces must be provided and labeled as "Van Accessible" in the appropriate location in order to allow for a van to load and unload its passengers with disabilities.

AID.org highly recommends that you review the complete ADA compliance requirements for public accommodation which are available at www.ada.gov, as well as the 2010 ADA Checklist for Existing Facilities available at www.AID.org/2010-ADA-Checklist.pdf .  Also see the included diagrams.

**Closest to Accessible Facility Entrance**



**Signage**



**Van Accessible**

