**Advocates for Individuals with Disabilities Foundation**
40 North Central Ave, Suite 1400
Phoenix, Arizona 85004




«PropertyOwner»
«PropertyOwnerMailingAddress»
«PropertyOwnerMailingCity» «PropertyOwnerMailingState» «PropertyOwnerMailingZip»

*Courtesy Notice*

# ADA Violation Found

(Upcoming Potential Litigation)

«Today»

Advocates for Individuals with Disabilities Foundation, also known as AID.org or the AID Foundation, on «DateofInspection» inspected your parking facilities located at «PropertyAddressNumber» «PropertyCompass» «Propertystreet» «PropertySuffix» «PropertyAddress2» «PropertyCity» «PropertyState» «PropertyZip» in order to ensure that individuals with disabilities are provided with equal and non-discriminatory access to public accommodations, which is required by law.

The inspection discovered that your public accommodation's parking facility is NOT in full ADA compliance.

AID Foundation is now in the process of preparing an ADA enforcement action (lawsuit or case) in order to cause you to bring your parking facility into ADA compliance as allowed by the ADA by order of congress.  This enforcement action will also grant us the ability to inspect the rest of your public accommodation to determine if any other violations of the ADA are present.

If you wish to willfully comply and bring your parking facility into full ADA compliance prior to the pending ADA enforcement action being filed with the court, you must email us using the case specific email address, «CaseSpecificEmail»@aadi.org. This email must be received within the 14 calendar day grace period from the above date and provide clear proof that your parking facility has either become compliant or is actively in the process of becoming compliant. Additional reasonable extensions may be considered on a case by case basis. This voluntary pre-litigation compliance option is ONLY available prior to any ADA enforcement action (lawsuit or case) being filed with the court. Such action may be filed at any time after the 14-day grace period has expired.

AID Foundation inspected for 3 simple violations that can quickly and easily corrected.

> 1. Proximity: The closest parking spots to the accessible facility entrance of the public accommodation must be designated as accessible parking spaces with appropriate signage and parking width.
>
> 2. Signage: Each ADA compliant accessible parking space must be properly marked with the international symbol of accessibility on a reflective sign with the bottom at a minimum of 60 inches from the ground or surface directly below.
>
> 3. Designated Location: The appropriate number properly marked accessible parking spaces must be provided and labeled as "Van Accessible" in the appropriate location in order to allow for a van to load and unload its passengers with disabilities.

The following violations were documented at your parking facility:

«ViolationType1»

«ViolationType2»

«ViolationType3»

AID.org highly recommends that you review the complete ADA compliance requirements for public accommodation which are available at www.ada.gov, as well as the 2010 ADA Checklist for Existing Facilities available at www.adachecklist.org. Also see the included diagrams.

## Closest to Accessible Facility Entrance



## Signage



## Van Accessible

