Michael K. Jeanes, Clerk of Court
\*\*\* Electronically Filed \*\*\*
05/10/2016 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2016-090543                                             05/06/2016

|  |  |
|---|---|
| HON. ROBERT H. OBERBILLIG | CLERK OF THE COURT
I. Ostrander
Deputy |
| ADVOCATES FOR AMERICAN DISABLED INDIVIDUALS L L C, et al. | PETER STROJNIK |
| v. | |
| TARIAN PROPERTIES L L C | CLINT G GOODMAN |

### RULING

The Court has read the following:

- ➢ Defendant's *Motion to Dismiss and Request for Sanctions* electronically filed on April 8, 2016;
- ➢ *Plaintiff's Response to Defendant's Motion to Dismiss and Request for Sanctions; Notice of Change of Address* electronically filed on April 13, 2016; and
- ➢ *Reply in Support of Defendant's Motion to Dismiss* electronically filed on May 3, 2016.

The allegations of the Complaint are sufficient to withstand a Motion to Dismiss based on lack of standing.

**IT IS ORDERED** denying Defendant's *Motion to Dismiss and Request for Sanctions* in its entirety.