**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm Bar No. 14000)

MATTHEW DU MÉE (Bar No. 28468)
  ASSISTANT ATTORNEY GENERAL
1275 West Washington Street
Phoenix, Arizona 85007
Telephone: (602) 542-7731
Facsimile: (602) 542-4377
Matthew.duMee@azag.gov
*Attorneys for State of Arizona*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler, | Case No: 2:16-cv-01969-PHX-NVW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | (Assigned to the Hon. Neil V. Wake) |
| MidFirst Bank, | |
| Defendant. | |

Notice is hereby given that Matthew du Mée of the Arizona Attorney General's Office will appear in this matter as counsel of record for proposed amicus curiae State of Arizona. Please direct all correspondence to:

> Matthew du Mée
> Arizona Attorney General's Office
> 1275 West Washington Street
> Phoenix, Arizona 85007-2997
> Telephone: (602) 542-7731
> Facsimile: (602) 542-4377
> Matthew.duMee@azag.gov

RESPECTFULLY SUBMITTED: December 8, 2016.

                MARK BRNOVICH,
                ATTORNEY GENERAL

                BY:  /s/ Matthew du Mée
                      Matthew du Mée
                      Assistant Attorney General
                      *Attorneys for State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2016, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/    *Kim Cundiff*