1  **MARK BRNOVICH**
   **ATTORNEY GENERAL**
2  (Firm Bar No. 14000)

3  MATTHEW DU MÉE (Bar No. 28468)
     ASSISTANT ATTORNEY GENERAL
4  1275 West Washington Street
   Phoenix, Arizona 85007
5  Telephone: (602) 542-7731
6  Facsimile: (602) 542-4377
   Matthew.duMee@azag.gov
7  *Attorneys for State of Arizona*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler, | Case No: 2:16-cv-01969-PHX-NVW |
| Plaintiffs, | **MOTION FOR LEAVE TO SUBMIT AMICUS CURIAE LETTER BRIEF OF STATE OF ARIZONA** |
| vs. | |
| MidFirst Bank, | (Assigned to the Hon. Neil v. Wake) |
| Defendant. | |

The State of Arizona ("State") hereby respectfully requests leave to file the attached *amicus curiae* letter brief in support of Defendant in this action solely on the issue of Plaintiffs' standing under Arizona law. The State believes the attached letter brief will provide information helpful to the Court on whether, under Arizona law, this action would be allowed to proceed without injury and standing. *See* Dkt. No. 29 at 7-8.

District Courts possess the inherent authority to allow the participation of *amicus curiae*. *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006); *Jin v. Ministry of State Security*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008); *United States v. Davis*, 180 F. Supp. 2d 797, 800

-1-

(E.D. La. 2001). Moreover, courts frequently welcome *amicus* participation "concerning legal issues that have potential ramification beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that lawyers for the parties are able to provide.'" *Sonoma Falls Developers, LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (internal citations omitted); *see also Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003).

Accordingly, the State respectfully requests leave to submit the attached *amicus* letter brief.
RESPECTFULLY SUBMITTED: December 8, 2016.

          MARK BRNOVICH,
          ATTORNEY GENERAL

          BY: /s/ Matthew du Mée
                Matthew du Mée
                Assistant Attorney General
                *Attorneys for State of Arizona*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2016, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/    *Kim Cundiff*