1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler,

Case No: 2:16-cv-01969-PHX-NVW

10

Plaintiffs,

**[PROPOSED] ORDER GRANTING LEAVE TO SUBMIT AMICUS CURIAE LETTER BRIEF OF STATE OF ARIZONA**

11

vs.

12
13

MidFirst Bank,

(Assigned to the Hon. Neil V. Wake)

14

Defendant.

15

16        The State of Arizona ("State") has requested leave to file the an *amicus curiae* letter brief

17  in support of Defendant in this action solely on the issue of Plaintiffs' standing under Arizona

18  law.  Good cause appearing, it is ORDERED, GRANTING the State's Motion.

19
20
21
22
23
24
25
26

-1-