IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC, and David Ritzenthaler,<br><br>    Plaintiffs,<br><br>v.<br><br>MidFirst Bank,<br><br>    Defendant. | No. CV-16-01969-PHX-NVW<br><br>**ORDER** |

Before the Court is Plaintiffs' Response to the Court's Order to Show Cause (Doc. 29). The Plaintiffs' Response violates the District Court of Arizona's Rules of Practice ("Local Rules" or "LRCiv") because the footnotes are typed in a fixed-pitch type size less than 13 point font per LRCiv 7.1(b)(1). The Court will strike Plaintiffs' Response with leave to re-file.

On the Court's own motion and because the Clerk of Court is not authorized to strike a non-conforming filing, *see* Rule 5(d)(4), Fed.R.Civ.P.,

**IT IS HEREBY ORDERED** that Plaintiffs' Response (Doc. 29) is stricken with leave to refile no later than **5:00 p.m. on December 9, 2016**.

**IT IS FURTHER ORDERED** that all counsel must comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2016, in this and all other cases in United States District Court for the

District of Arizona. The District Court's Local Rules may be found on the District Court's internet web page at www.azd.uscourts.gov/.

Dated this 9th day of December, 2016.

Neil V. Wake
Senior United States District Judge