**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Lori Wright Keffer (AZ Bar No. 028144)
(LKeffer@ShermanHoward.com)
Matthew Hesketh (AZ Bar No. 029319)
(MHesketh@ShermanHoward.com)
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates For Individuals With Disabilities, LLC and David Ritzenthaler, <br><br> Plaintiffs, <br><br> v. <br><br> MidFirst Bank, <br><br> Defendant. | Case No. CV-16-01969-PHX-NVW <br><br> **NOTICE OF NO OBJECTION** <br><br> (Assigned to Hon. Neil V. Wake) |

Defendant MidFirst Bank hereby gives notice that it has no objection to the State of Arizona's Motion for Leave to Submit Amicus Curiae Letter Brief (Doc. 31) and the relief requested therein.

RESPECTFULLY SUBMITTED this 9th day of December, 2016.

**SHERMAN & HOWARD L.L.C.**

By: */s/John Alan Doran*
     John Alan Doran
     Lori Wright Keffer
     Matthew A. Hesketh
     7033 East Greenway Parkway, Suite 250
     Scottsdale, Arizona 85254
     *Attorneys for Defendant*

Active/44385841.1

**CERTIFICATE OF SERVICE**

ORIGINAL electronically filed
this 9th day of December 2016:

with a copy transmitted through the ECF system
this 9th day of December 2016 to:

Peter Strojnik
STROJNIK P.C.
1 East Washington Street, Suite 500
Phoenix, AZ 85004
*Attorneys for Plaintiffs*

Fabian Zazueta
40 North Central Ave., Suite 1400
Phoenix, AZ 85004
*Attorney for Plaintiffs*

  /s/  Lori Hinkel